District of VT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 10 PM 4:56

CLERK
BY: EY
DEPUTY CLERK

Princess C Montpelier )
Plaintiff )
)
VS ) Case NO 2:20-cv-150
)
Sean Brown )
Commissioner ESD )
Defendant )

Motion For Emergency Injunction to prevent Defendant to Displace me AGAIN while I remain recovering from Left Hip Arthroplasty

Circa 4 weeks ago a memo was circulated to all guests at the Holiday Inn conveying FEMA would be Financing the stay for all guests at the Holiday Inn.

Therefore action by Economic Services Division appears to be out of place in this matter.

Dave Lourderson Program Director told me circa 3 pm. All other guests were covered by ESD, but not me?

Nonetheless the Fact remains, ESD to my knowledge can not continue jerking me around capriciously without first going via the Court. They have not only caused me tremendous physical pain, in addition tremendous mental emotional angst.

I plead with this Honorable Court to intervene on my behalf. Respectfully
Princess C Montpelier

Proof of Service

I hereby attest, I will Fax a true copy of my motion to Defendant Sean Brown via 802-241-0541 on Dec 11th 2020

Frencess C Montpelier